■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER DAVIS, Appellant. [5 NYS3d 733]—Judgments, Supreme Court, Bronx County (Judith Lieb, J.), rendered September 27, 2013, convicting defendant, upon his pleas of guilty, of two counts of attempted robbery in the second degree, and sentencing him to an aggregate term of four years, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Acosta, J.P., Saxe, Moskowitz, Richter and Feinman, JJ.